IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MOBILE SYNERGY SOLUTIONS, LLC** | § § § | |
| | § | CIV. A. NO. 6:17-CV-309-JRG-KNM |
| v. | § § | |
| **AT&T, et al.** | § § | LEAD CASE |
| **MOBILE SYNERGY SOLUTIONS, LLC** | § § § | |
| | § | CIV. A. NO. 6:16-CV-1223-JRG-KNM |
| v. | § § § | |
| **TCT MOBILE LIMITED, TCT MOBILE (US), INC.** | § § | |

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO TCT MOBILE LIMITED AND TCT MOBILE (US), INC. ONLY**

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss Pursuant to Rule 41(a)(2) of all claims and counterclaims asserted between Plaintiff Mobile Synergy Solutions, LLC and Defendants TCT Mobile Limited and TCT Mobile (US), Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Mobile Synergy Solutions, LLC and Defendants TCT Mobile Limited and TCT Mobile (US), Inc. are hereby dismissed with prejudice subject to the terms, of that certain agreement titled "**SETTLEMENT AND LICENSE AGREEMENT**."

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 4th day of June, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE